# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ARMANDO AGUILAR, JULIA CUMBERLAND, and GRACIE BAXTER, on behalf of themselves and all others similarly situated,

       Plaintiffs,

v.

USAA GENERAL INDEMNITY CO. and UNITED STATES AUTOMOBILE ASSOCIATION,

       Defendants.
_____/

CASE NO.: 6:19-CV-866-ORL-41-EJK

<u>CLASS ACTION</u>

## **<u>JOINT MOTION FOR 90-DAY STAY OF PROCEEDINGS</u>**

Plaintiffs, Armando Aguilar, Julia Cumberland, and Gracie Baxter ("Plaintiffs") and USAA General Indemnity Co. and United States Automobile Association ("Defendants"), by and through the undersigned counsel, hereby move for a brief stay of all proceedings for a period of 90 days to allow the Parties time to complete mediation, which they are in the processing of scheduling, without further expenditure of time and resources. In support thereof, the Parties state as follows:

1. This motion is being filed jointly.

2. The Parties are presently engaged in settlement discussions and have been exploring the possibility of an early and efficient resolution of their differences.

3. While the Parties have made significant progress toward resolution, they have reached a point where they believe the assistance of a neutral third-party would be helpful in attempting to bridge the remaining gap.

4. The Parties are currently working to schedule mediation in March of 2020.

5. The Parties jointly request a stay of all pending deadlines, including Plaintiff's Response to Defendants' Rule 12(b)(1) Motion to Dismiss Count Two of the Amended Complaint for Lack of Subject Matter Jurisdiction [Dkt. 37], which is currently due on February 10, 2020.

6. Settlement at this juncture would spare considerable time and resources on the part of the Parties and the Court.

**WHEREFORE**, on the basis of the above and foregoing grounds, the Parties respectfully request this Honorable Court to enter an order staying all proceedings for a period of 90 days, with the exception of mediation, and granting any other and further relief that the Court deems just, equitable, and proper.

Dated: February 7, 2020                               Respectfully submitted,

| | |
|---|---|
| */s/ Jake Phillips* | */s/ Rodger L. Eckelberry* |
| Jacob L. Phillips | Rodger L. Eckelberry (admitted *pro hac vice*) |
| FBN: 120130 | Albert G. Lin (admitted *pro hac vice*) |
| Edmund A. Normand | Andrea C. Wiltrout (admitted *pro hac vice*) |
| FBN: 865590 | Alexa E. Cellier (admitted *pro hac vice*) |
| **NORMAND PLLC** | **BAKER HOSTETLER LLP** |
| 3165 McCrory Place, Ste. 175 | 200 S. Civic Center Drive, 12th Floor |
| Orlando, Florida 32803 | Columbus, Ohio 43215 |
| Tel: (407) 603-6031 | Tel: (614) 228-1541 |
| Fax: (888) 974-2175 | Fax: (614) 462-2616 |
| E-mail: jacob.phillips@normandpllc.com | E-mail: reckelberry@bakerlaw.com |
| E-mail: ed@normandpllc.com | E-mail: alin@bakerlaw.com |
| E-mail: service@normandpllc.com | E-mail: awiltrout@bakerlaw.com |
| | E-mail: acellier@bakerlaw.com |

| | |
|---|---|
| Christopher Lynch, Esq.<br>FBN: 331041<br>**CHRISTOPHER J. LYNCH, P.A.**<br>6915 Red Road, Suite 208<br>Coral Gables, FL 33143<br>Tel: 312-967-3653<br>E-mail: clynch@hunterlynchlaw.com<br>E-mail: lmartinez@hunterlynchlaw.com<br><br>Andrew J. Shamis, Esq.<br>FBN: 101754<br>**SHAMIS & GENTILE**<br>14 NE 1st Avenue, Suite 1205<br>Miami, FL 33132<br>Tel: 305-479-2299<br>E-mail: ashamis@shamisgentile.com<br><br>Scott Edelsberg, Esq.<br>FBN: 0100537<br>**EDELSBERG LAW, P.A.**<br>19495 Biscayne Blvd #607<br>Aventura, FL, 33180<br>E-mail: scott@edelsberglaw.com<br><br>*Attorneys for Plaintiff & the Putative Class* | Michael S. Vitale<br>FBN: 17136<br>**BAKER HOSTETLER LLP**<br>2300 SunTurst Center<br>200 South Orange Avenue<br>Post Office Box 112<br>Orlando, Florida 32802-0112<br>Tel: (407) 649-4083<br>Fax: (407) 841-0168<br>E-mail: mvitale@bakerlaw.com<br><br>*Attorneys for Defendants*<br>*United Services Automobile Association and*<br>*USAA General Indemnity Co.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, I electronically served the foregoing via electronic mail on parties who have elected to receive such service.

*/s/ Jake Phillips*
Jacob L. Phillips
FBN: 120130