**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ARMANDO AGUILAR and JULIA CUMBERLAND, on behalf of themselves and all others similarly situated, | CASE NO.: 6:19-cv-866-Orl-41TBS |
| | <u>CLASS ACTION</u> |
| Plaintiffs, | |
| v. | |
| USAA GENERAL INDEMNITY CO. and UNITED STATES AUTOMOBILE ASSOCIATION, | |
| Defendants. _____/ | |

**<u>JOINT STIPULATION AND MOTION FOR DISMISSAL</u>**

Plaintiffs, Armando Aguilar, Julia Cumberland, and Gracie Baxter ("Plaintiffs") and USAA General Indemnity Co. and United States Automobile Association ("Defendants"), by and through their respective undersigned counsel (the "Parties"), stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this litigation is voluntarily dismissed with prejudice as to all claims of named Plaintiffs, and without prejudice as to all claims of any unnamed member of the putative class, with each party to bear their own attorney's fees and costs. The Parties hereby move the court for entry of an Order acknowledging the dismissal of the action pursuant to Rule 41(a)(1)(A)(ii) and directing the Clerk to close the case.

Dated this 11th day of May, 2020.

| | |
|---|---|
| /s/ *Jacob Phillips* | /s/ *Rodger L. Eckelberry* |
| Jacob L. Phillips | Rodger L. Eckelberry (admitted *pro hac vice*) |
| FBN: 120130 | Albert G. Lin (admitted *pro hac vice*) |
| Edmund A. Normand | Andrea C. Wiltrout (admitted *pro hac vice*) |
| FBN: 865590 | Alexa E. Cellier (admitted *pro hac vice*) |
| **NORMAND PLLC** | **BAKER HOSTETLER LLP** |

3165 McCrory Place, Ste. 175
Orlando, Florida 32803
Tel: (407) 603-6031
Fax: (888) 974-2175
E-mail: jacob.phillips@normandpllc.com
E-mail: ed@normandpllc.com
E-mail: service@normandpllc.com

Christopher Lynch, Esq.
FBN: 331041
**CHRISTOPHER J. LYNCH, P.A.**
6915 Red Road, Suite 208
Coral Gables, FL 33143
Tel: 312-967-3653
E-mail: clynch@hunterlynchlaw.com
E-mail: lmartinez@hunterlynchlaw.com

Andrew J. Shamis, Esq.
FBN: 101754
**SHAMIS & GENTILE**
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Tel: 305-479-2299
E-mail: ashamis@shamisgentile.com

Scott Edelsberg, Esq.
FBN: 0100537
**EDELSBERG LAW, P.A.**
19495 Biscayne Blvd #607
Aventura, FL, 33180
E-mail: scott@edelsberglaw.com

*Attorneys for Plaintiff & the Putative Class*

200 S. Civic Center Drive, 12th Floor
Columbus, Ohio 43215
Tel: (614) 228-1541
Fax: (614) 462-2616
E-mail: reckelberry@bakerlaw.com
E-mail: alin@bakerlaw.com
E-mail: awiltrout@bakerlaw.com
E-mail: acellier@bakerlaw.com

Michael S. Vitale
FBN: 17136
**BAKER HOSTETLER LLP**
2300 SunTrust Center
200 South Orange Avenue
Post Office Box 112
Orlando, Florida 32802-0112
Tel: (407) 649-4083
Fax: (407) 841-0168
E-mail: mvitale@bakerlaw.com

*Attorneys for Defendants*
*United Services Automobile Association and*
*USAA General Indemnity Co.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve this document on all noticed parties who have elected to receive such service.

               /s/ *Jacob Phillips*
               Jacob L. Phillips