UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ARMANDO AGUILAR, JULIA CUMBERLAND and GRACIE BAXTER,**

       **Plaintiffs,**

v.   Case No:  6:19-cv-866-Orl-41EJK

**USAA GENERAL INDEMNITY CO. and UNITED STATES AUTOMOBILE ASSOCIATION,**

       **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Stipulation and Motion for Dismissal (Doc. 42). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 11, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record